

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

| | |
|---|---|
| STEVEN CLIFTON, ET AL. | CIVIL ACTION NO. 07-0959 |
| versus | JUDGE DONALD E. WALTER |
| WASHINGTON MUTUAL BANK | MAGISTRATE JUDGE HORNSBY |

### O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Remand [Doc. #4] filed on behalf of plaintiffs, Steven and Dana Clifton, be and is hereby **DENIED**.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 7 day of October, 2007.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE